IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DAWN L. HERR,

Plaintiff,

v.

Case No. 3:16 CV 01749-CL

ORDER

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

Magistrate Judge Clarke filed his Findings and Recommendation on July 24, 2017. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and Recommendation.

Dated this 12 day of August, 2017.

_____
Ann Aiken, United States District Judge

Order -- Page 1